IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DON HAMRICK, pro se**                                                                           **PLAINTIFF**

**v.**                           **4:17MC00018-JM**

**JUDGE MARK DERRICK (Recused)**
**case assigned to a Special Judge**
**Kenset District Court**                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims against the defendant are DISMISSED without prejudice.

DATED this 26th day of October, 2017.

                                                                                       James M. Moody Jr.
                                                                                       United States District Judge